UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F.P. DEVELOPMENT, LLC,

    Plaintiff/Counter-Defendant,

vs.

Case No. 18-CV-13690
HON. GEORGE CARAM STEEH

CHARTER TOWNSHIP
OF CANTON,

    Defendant/Counter-Plaintiff.

_____/

## ORDER GRANTING DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR ENGLARGMENT OF TIME (ECF No. 25) and SCHEDULING ORDER

On July 16, 2019, this court entered a scheduling order setting forth a briefing schedule for the filing of dispositive motions. Pursuant to that order, cross-motions were due to be filed on September 30, 2019. On that date, Plaintiff/Counter-Defendant F.P. Development, LLC timely filed its motion for summary judgment. On that same day, Defendant/Counter-Plaintiff Charter Township of Canton filed a motion for a one-week extension of time to file its dispositive motion on the grounds that there have been personnel changes in the office causing case reassignments that have added to her already busy litigation docket. Plaintiff opposes the extension on the grounds that it also has a busy litigation docket, discovery

closed three months ago, and allowing the eleventh-hour extension will prejudice Plaintiff because Defendant will have the benefit of Plaintiff's argument for seven days before filing its opening brief.  While the court is certainly sympathetic to Plaintiff who met the court's scheduling deadlines and was deprived of the benefit Defendant now seeks, Defendant has demonstrated good cause for the extension sought and Defendant's motion for an enlargement of time (ECF No. 25) is GRANTED.  No further extensions on Defendant's behalf shall be considered.  The new briefing schedule is as follows:

As to Plaintiff's motion for summary judgment (ECF No. 26):

Defendant's Response is to be filed by October 30, 2019
Plaintiff's Reply is to be filed by November 27, 2019.

As to Defendant's motion for summary judgment which must be filed by October 7, 2019:

Plaintiff's Response is to be filed by November 6, 2019
Defendant's Reply is due by December 4, 2019.

Oral argument shall be heard on January 23, 2020 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated:  October 7, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 7, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk